**Dismissed and Memorandum Opinion filed July 20, 2017.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

## NO. 14-17-00325-CV

### VARKEY THOMAS, Appellant

### V.

### JOHN PHILIP, Appellee

**On Appeal from the 281st District Court
Harris County, Texas
Trial Court Cause No. 2015-54900**

## M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed January 23, 2017. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court that appellant did not make arrangements to pay for the record.

On May 24, 2017, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days,

appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jamison and Busby.